1  Aaron D. Shipley (NSBN 8258)
   McDONALD CARANO LLP
2  2300 West Sahara Avenue, Suite 1200
   Las Vegas, Nevada 89102
3  Telephone: (702) 873-4100
   Facsimile: (702) 873-9966
4  ashipley@mcdonaldcarano.com
   *Attorneys for Defendants T1 Payments LLC,*
5  *Donald Kasdon, Amber Lynn Fairchild, Debra King*

6              **UNITED STATES DISTRICT COURT**

7                 **DISTRICT OF NEVADA**

8  HOUSEHOLD APPLIANCE UK LTD.,        Case No.:  2:22-cv-01899-JAD-NJK

9                    Plaintiff,         **STIPULATION AND ORDER FOR
                                        EXTENSION OF TIME FOR**
10 vs.                                  **DEFENDANTS TO FILE RESPONSIVE
                                        PLEADING TO COMPLAINT**
11 T1 PAYMENTS LLC, a Nevada limited
   liability company; DONALD KASDON, an **(First Request)**
12 individual; DEBRA KAREN KING a/k/a
   DEBRA KAREN KASDON, an individual;
13 AMBER FAIRCHILD, an individual;
   CETLER, a Netherlands limited liability
14 company; DOES I through X; ROE
   CORPORATIONS A through Z; inclusive,
15
                    Defendant(s).
16

17        Defendants T1 Payments LLC, Donald Kasdon, Debra Karen King, and Amber Fairchild

18 (collectively "Defendants") and Plaintiff Household Appliance UK Ltd. ("Plaintiff"), by and

19 through their undersigned counsel, hereby stipulate and agree that the deadline for Defendants

20 to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1) shall be extended to and

21 including February 7, 2023.

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

1     The parties are making this request because defense counsel requires additional time to

2   sufficiently investigate the allegations contained in the Complaint and to allow for potential

3   settlement negotiations to occur.

4     DATED: December 9th,2022                    DATED: December 9th, 2022

5

6     QUALEY LAW GROUP                            McDONALD CARANO LLP

7

      By: */s/ Robert S. Qualey*                   By: */s/ Aaron D. SHipley*
8         Robert S. Qualey (#3570)                     Aaron D. Shipley (# 8258)
          6385 S. Rainbow Boulevard, Suite 600         2300 West Sahara Avenue, Suite 1200
9         Las Vegas, Nevada 89118                      Las Vegas, Nevada 89102
          rqualey@qualeylawfirm.com                    ashipley@mcdonaldcarano.com
10

11        *Attorneys for Plaintiff*                    *Attorneys for Defendants T1 Payments*
          *Household Appliance UK Ltd.*                *LLC, Donald Kasdon, Amber Lynn*
12                                                     *Fairchild, Debra King*

13

14

15                                           **IT IS SO ORDERED.**

16                                           _____
                                             UNITED STATE MAGISTRATE JUDGE
17
                                             DATED: December 9, 2022
18

19

20

21

22

23

24

25

26

27

28

**McDONALD CARANO**
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966