Jeffrey R. Hall (9572)
Matthew S. McLaughlin (16110)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:    (702) 385-2500
Fax:   (702) 385-2086
jhall@hutchlegal.com
mmclaughlin@hutchlegal.com

*Attorneys for Defendants Donald Kasdon, Debra King, and Amber Fairchild*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HOUSEHOLD APPLIANCE UK LTD., <br><br> Plaintiff, <br><br> v. <br><br> T1 PAYMENTS, LLC, a Nevada limited liability company; DONALD KASDON, an individual; DEBRA KAREN KING a/k/a DEBRA KAREN KASDON, an individual; AMBER FAIRCHILD, an individual; CETLER, a Netherlands limited liability company; DOES I through X; ROE CORPORATIONS A through Z; inclusive, <br><br> Defendant. | Case No.: 2:22-cv-01899-JAD-NJK <br><br> **SUBSTITUTION OF ATTORNEY** |

Defendants Donald Kasdon, Debra King, and Amber Fairchild hereby substitutes Jeffrey R. Hall, Esq., and Matthew S. McLaughlin, Esq., of the law firm Hutchison & Steffen, PLLC, 10080 W. Alta Drive, Suite 200, Las Vegas, NV 89145, Tel: 702-385-2500, as attorneys of record in place and stead of Aaron D. Shipley, Esq. of the law firm McDonald Carano, LLP, 2300 West Sahara Avenue, Suite 1200, Las Vegas, NV 89102, Tel: 702-873-4100.

/ / /

DATED: 4 OCTOBER 2023

I consent to the above substitution.

*Donald Kasdon*
Donald Kasdon (Oct 4, 2023 09:53 EDT)
Donald Kasdon

DATED: 4 OCTOBER 2023

I consent to the above substitution.

*dEBRA KING*
dEBRA KING (Oct 4, 2023 09:54 EDT)
Debra King

DATED: 4 OCTOBER 2023

I consent to the above substitution.

*[signature]*
Amber Fairchild

DATED: _____

_____
Aaron D. Shipley (8258)
McDONALD CARANO, LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

DATED: _____

_____

I am duly admitted to practice in this District. Above substitution accepted.

Jeffrey R. Hall (9572)
Hutchison & Steffen, PLLC
10080 W. Alta Drive, Suite 200
Las Vegas, NV 89145

Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED:

DATED: _____

_____
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1   DATED: _____ | |
| 2   I consent to the above substitution. | |
| 3 | Donald Kasdon |
| 4   DATED: _____ | |
| 5   I consent to the above substitution. | Debra King |
| 6 | |
| 7   DATED: _____ | |
| 8   I consent to the above substitution. | Amber Fairchild |

DATED: Oct. 26, 2023

/s/ Aaron D. Shipley
Aaron D. Shipley (8258)
McDONALD CARANO, LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

DATED: October 31, 2023

I am duly admitted to practice in this District. Above substitution accepted.

/s/ Jeffrey R. Hall
Jeffrey R. Hall (9572)
Hutchison & Steffen, PLLC
10080 W. Alta Drive, Suite 200
Las Vegas, NV 89145

Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED:

DATED: November 1, 2023

_____
United States Magistrate Judge