Jeffrey R. Hall (9572)
Matthew S. McLaughlin (16110)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:   (702) 385-2500
Fax:   (702) 385-2086
jhall@hutchlegal.com
mmclaughlin@hutchlegal.com

*Attorneys for Defendants Donald Kasdon,
Debra King, and Amber Fairchild*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HOUSEHOLD APPLIANCE UK LTD., <br><br> Plaintiff, <br><br> v. <br><br> T1 PAYMENTS, LLC, a Nevada limited liability company; DONALD KASDON, an individual; DEBRA KAREN KING a/k/a DEBRA KAREN KASDON, an individual; AMBER FAIRCHILD, an individual; CETLER, a Netherlands limited liability company; DOES I through X; ROE CORPORATIONS A through Z; inclusive, <br><br> Defendant. | Case No.: 2:22-cv-01899-JAD-NJK <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING TO COMPLAINT** <br><br> **(SECOND REQUEST)** |

Defendants Donald Kasdon, Debra Karen King, and Amber Fairchild (collectively "Defendants") and Plaintiff Household Appliance UK Ltd. ("Plaintiff"), by and through their undersigned counsel, hereby stipulate and agree that the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1) shall be extended to and including November 30, 2023.

The parties are making this request because defense counsel requires additional time to sufficiently investigate the allegations contained in the Complaint and to allow for potential settlement negotiations to occur.

DATED this 17th day of November, 2023.	DATED this 16th day of November, 2023.

HUTCHISON & STEFFEN, PLLC	QUALEY LAW GROUP

/s/ Jeffrey R. Hall

Jeffrey R. Hall (9572)	Robert S. Qualey (3570)
Matthew S. McLaughlin (16110)	711 Mall Ring Circle, Suite 200
Peccole Professional Park	Henderson, NV 89014
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

*Attorneys for Plaintiff*
*Household Appliance UK Ltd.*

*Attorneys for Defendants Donald Kasdon,*
*Debra King, and Amber Fairchild*

IT IS SO ORDERED.

_____
United States Magistrate Judge

DATED: November 20, 2023