# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HOUSEHOLD APPLIANCE UK LTD.,

    Plaintiff(s),

v.

T1 PAYMENTS, LLC, et al.,

    Defendant(s).

Case No. 2:22-cv-01899-JAD-NJK

**Order**

[Docket No. 23]

Pending before the Court is a proposed discovery plan, indicating that discovery should not proceed at this time given a bankruptcy proceeding and the need to resolve an alter-ego claim in that proceeding. Docket No. 23 at 3 ("The parties agree that it is premature to conduct discovery in this case while a decision from the Chapter 7 trustee is pending"). Neither legal authority nor meaningfully developed argument has been presented that a potential alter-ego claim in the bankruptcy proceeding warrants relief from the normal advancement of discovery in this case. *But see T1 Payments LLC v. New U Life Corp.*, No. 2:19-cv-1816-ART-DJA, Docket No. 310 (D. Nev. Oct. 31, 2013) (attaching order that bankruptcy stay did not apply as to Non-Debtors Kasdon, King, and Fairchild). Accordingly, the discovery plan is **DENIED** without prejudice. No later than January 30, 2024, a renewed discovery plan must be filed that either omits reference to this alter-ego issue a basis for relief from the default schedule or provides meaningfully developed argument as to why the existence of the alter-ego claim warrants the relief sought.

    IT IS SO ORDERED.

    Dated: January 16, 2024

                                                                       Nancy J. Koppe
                                                                      United States Magistrate Judge