# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HOUSEHOLD APPLIANCE UK LTD.,

    Plaintiff(s),

v.

T1 PAYMENTS, LLC, et al.,

    Defendant(s).

Case No. 2:22-cv-01899-JAD-NJK

**Order**

[Docket No. 30]

Pending before the Court is a motion to withdraw as counsel of record for Defendants Donald Kasdon, Amber Lynn Fairchild, and Debra King. Docket No. 30. The motion does not provide a last known address for these defendants, providing instead the address of attorneys who apparently have not agreed to represent these defendants in this matter. *See id.* at 4.[1] The Court requires contact information for *pro se* parties. *See* Local Rule IA 3-1. Moreover, earlier withdrawing counsel provided a physical address for these same defendants. *See* Docket No. 14 at 2.

Accordingly, withdrawing counsel must file, by July 12, 2024, either (1) a notice with the contact information for Defendants Donald Kasdon, Amber Lynn Fairchild, and Debra King themselves, or (2) an explanation as to why such information cannot be provided and why withdrawal should be permitted without such information.

IT IS SO ORDERED.

Dated: July 1, 2024

                                                Nancy J. Koppe
                                              United States Magistrate Judge

---

[1] The papers seem to suggest that there was some expectation of a potential substitution of counsel involving these attorneys, but that consent to substitution did not occur. *See, e.g.*, Docket No. 30 at 4-5.