UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HOUSEHOLD APPLIANCE UK LTD.,<br>        Plaintiff(s),<br>v.<br>T1 PAYMENTS, LLC, et al.,<br>        Defendant(s). | Case No. 2:22-cv-01899-JAD-NJK<br>**Order**<br>[Docket No. 30] |

Pending before the Court is a motion to withdraw as counsel of record for Defendants Donald Kasdon, Amber Lynn Fairchild, and Debra King. Docket No. 30. On July 12, 2024, new counsel filed a notice of appearance. Docket No. 33.

As a threshold matter, the process of substituting into a case as counsel of record is a simple one that requires communication between counsel and a single filing containing all pertinent signatures. *See* Local Rule IA 11-6(c). The Court is concerned by the apparent lack of communication between counsel in this case. *See* Docket No. 32. The Court is also concerned that incoming counsel have not complied with the basic provisions in the local rules for substitution of counsel. The Court expects from strict compliance moving forward with all applicable rules.

In light of the various filings, the Court construes the notice of appearance as a stipulation to substitute attorneys. As such, incoming counsel have accepted all current case management deadlines. *See* Local Rule IA 11-6(c). In addition, out-of-state attorney Carlos Rodriguez must file an application to appear *pro hac vice* by July 22, 2024. The motion to withdraw as counsel (Docket No. 30) is **GRANTED**.

IT IS SO ORDERED.

Dated: July 15, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1