# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HOUSEHOLD APPLIANCE UK LTD.,

    Plaintiff(s),

v.

T1 PAYMENTS, LLC, et al.,

    Defendant(s).

Case No. 2:22-cv-01899-JAD-NJK

**Order**

On July 15, 2024, the Court ordered out-of-state attorney Carlos Rodriguez to file an application to appear *pro hac vice* by July 22, 2024. Docket No. 34. Attorney Rodriguez violated that order. Accordingly, the Court again **ORDERS** out-of-state attorney Carlos Rodriguez to file an application to appear *pro hac vice* with a deadline this time of August 6, 2024. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS.**

IT IS SO ORDERED.

Dated: July 29, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1