J. Malcolm DeVoy
Nevada Bar No. 11950
Erica C. Medley
Nevada Bar No. 13959
Caitlan J. McMasters
Nevada Bar No. 16585
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
jmdevoy@hollandhart.com
ecmedley@hollandhart.com
cjmcmasters@hollandhart.com

Carlos A. Rodriguez (*Pro hac vice pending*)
CARLOS A. RODRIGUEZ LAW PLLC
9271 SW 52 Terr.
Miami, FL 33165
Tel: (305) 562-2254
carlos@carodriguezlaw.com

*Attorneys for Defendants*
*Donald Kasdon, Debra King and Amber Fairchild*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HOUSEHOLD APPLIANCE UK LTD., <br><br> Plaintiff, <br><br> v. <br><br> T1 PAYMENTS, LLC, a Nevada limited liability company; DONALD KASDON, an individual; DEBRA KAREN KING a/k/a DEBRA KAREN KASDON, an individual; AMBER FAIRCHILD, an individual; CETLER, a Netherlands limited liability company; DOES I through X; ROE CORPORATIONS A through Z; inclusive, <br><br> Defendants. | Case No. 2:22-cv-01899-JAD-NJK <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** <br><br> ECF No. 40 |

Plaintiff Household Appliance UK LTD, ("Plaintiff") and Defendants Donald Kasdon, Debra King, and Amber Fairchild (the "Settling Defendants"), with Plaintiff and Settling Defendants each identified herein as a "Party" and, collectively, the "Parties," by and through their respective counsel of record, have entered an agreement to settle and resolve any and all claims, defenses, disputes, and differences of any kind or nature by and between the Parties relating to the above-captioned matter, and have performed their respective obligations pursuant to the terms of that settlement.

Consistent with their agreement, the Parties hereby stipulate and agree to the dismissal of this action in its entirety with prejudice, with each Party to bear its own attorney fees and costs. For good cause appearing, the Parties request this Court enter an order granting this stipulation and dismissing the action against the Settling Defendants with prejudice.

Further, two defendants in this action, T1 Payments, LLC and Cetler, have not appeared or filed any answers or motions for summary judgment in this case. Thus, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff provides notice that this action also is dismissed against T1 Payments, LLC and Cetler *with prejudice*, with each of Plaintiff, T1 Payments, LLC, and Cetler to bear its own respective attorney's fees and costs. To the extent required by Federal Rule of Civil Procedure 41(a)(1)(ii), the Settling Defendants stipulate and agree to Plaintiff's dismissal of those non-appearing parties on the terms set forth herein.

/ / /

/ / /

/ / /

/ / /

/ / /

This stipulation and the dismissals herein fully address all the claims and defendants in this action. This Court may direct the Clerk of Court to close this action upon granting this stipulation.

IT IS SO STIPULATED.

| DATED this 9th day of January 2025. | DATED this 9th day of January 2025. |
|---|---|
| **HOLLAND & HART LLP** | **QUALEY LAW GROUP** |
| /s/ J. Malcolm DeVoy | /s/ Robert S. Qualey |
| J. Malcolm DeVoy | Robert S. Qualey, Esq. |
| Erica C. Medley | 711 Mall Ring Circle, Ste. 200 |
| Caitlan J. McMasters | Henderson, Nevada 89014 |
| 9555 Hillwood Drive, 2nd Floor | nevadacollections@qualeylawfirm.com |
| Las Vegas, NV 89134 | |
| | *Attorneys for Plaintiff* |
| Carlos A. Rodriguez (*Pro hac vice pending*) | |
| **CARLOS A. RODRIGUEZ LAW PLLC** | |
| 9271 SW 52 Terr. | |
| Miami, FL 33165 | |
| Tel: (305) 562-2254 | |
| carlos@carodriguezlaw.com | |
| | |
| *Attorneys for Defendants* | |
| *Donald Kasdon, Debra King and Amber Fairchild* | |

## ORDER

Based on the parties' stipulation **[ECF No. 40]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 22, 2025

33999897_v1

3